Goode v. LeClair.

Mr. H. O. McDAID, for appellee.

## ARCHIBALD L. GOODE
### v.
## GEORGE J. LE CLAIR.

PRELIMINARY CALL OF DOCKET.—It is error to dismiss an appeal upon a preliminary call of the docket, in the absence of any rule of practice in the court providing for such preliminary calls.

APPEAL from the Circuit Court of Cook county; the Hon. JOHN G. ROGERS, Judge, presiding.    Opinion filed May 9, 1882.

Mr. A. A. EXLINE, for appellant; cited Killian v. Clark, 9 Bradwell, 426; Sea v. Glover, 1 Bradwell, 335; Gormley v. Uthe, 1 Bradwell, 170; Fischer v. Nat. Bank, 73 Ill. 34.

Messrs. GAULT & Low, for appellee.

BAILEY, J.  Le Clair recovered a judgment against Goode before a justice of the peace of Cook county, for $44 and costs, from which judgment Goode appealed to the circuit court. Before the cause was reached for trial in its order on the docket, a preliminary call of the docket was had in advance of the regular call for trial, and the defendant not appearing, the appeal was dismissed at his cost for want of prosecution, with judgment against him for statutory damages, and an order for a *procedendo* to the justice.

The record fails to show any rule of practice in the circuit court providing for preliminary calls of the docket, so that the

case involves the same identical question decided in Kilian v. Clark, 9 Bradwell, 426, and Titley v. Kaehler et al. Id. 537; and for the reasons stated in the opinions in those cases, the judgment will be reversed and the cause remanded.

Judgment reversed.